## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaito Dennis,<br><br>   Plaintiff,<br><br>v.<br><br>Honeywell International Inc.,<br><br>   Defendant. | Case No. 0:24-cv-00163-PJS-TNL<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Local Rule 7.1, and other applicable law, Defendant Honeywell International Inc. ("Honeywell") moves this Court for an Order dismissing *all* claims alleged in Plaintiff's Original Complaint, Amended Complaint, and purported Second Amended Complaint with prejudice (the "Motion").

The grounds in support of this Motion are fully set forth in the Memorandum of Law and all pleadings and papers on file in this action, together with such additional oral arguments presented in connection with the hearing on the Motion. To the extent a further responsive pleading is required, Honeywell hereby denies any and all claims and all liability as requested in Plaintiff's alleged Original Complaint, Amended Complaint, and purported Second Amended Complaint and reserves any and all defenses. Honeywell also moves the Court for such other relief as the Court deems just and equitable.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

Dated:  January 29, 2024

*/s/Brent D. Kettelkamp*
Brent D. Kettelkamp, MN #0394919
Samantha C. Bragg, MN #0402623
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN  55402
Telephone:  612-339-1818
Facsimile:  612-339-0061
brent.kettelkamp@ogletree.com
samantha.bragg@ogletree.com

**Attorneys for Defendant
Honeywell International Inc.**

60046994.v1-OGLETREE

2